UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHNNIE M. NORFLEET,**

    Plaintiff,                                  CASE NO.:   8:17-cv-00203-CEH-TGW

v.

**CREDIT ACCEPTANCE CORPORATION,**

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF
PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d) and the Court's Related Case Order and Track Two Notice (Doc. No. 3), I certify that the instant action:

_____ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as Indicated below:

**X** IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

    Respectfully submitted this **February 10, 2017.**

                                  */s/ Kaelyn Steinkraus*
                                  Kaelyn Steinkraus, Esq.
                                  FBN:  125132
                                  Law Office of Michael A. Ziegler, P.L.
                                  13575 58th Street North, Suite 129
                                  Clearwater, FL 33760
                                  (p)  (727) 538-4188
                                  (f)  (727) 362-4778
                                  kaelyn@zieglerlawoffice.com
                                  Counsel for Plaintiff

*/s/  Michael Ziegler*
Michael A. Ziegler, Esq.
FBN:  74864
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p)  (727) 538-4188
(f)  (727) 362-4778
mike@zieglerlawoffice.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **10** day of **February, 2017**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and I mailed by U.S. Mail a copy of the filing for Defendants:

Credit Acceptance Corporation
c/o Corporation Service Company
1201 Hayes Street
Tallahassee, FL  32301

> */s/  Kaelyn Steinkraus*
> Kaelyn Steinkraus, Esq.
> FBN:  125132
> Law Office of Michael A. Ziegler, P.L.
> 13575 58th Street North, Suite 129
> Clearwater, FL 33760
> (p)  (727) 538-4188
> (f)  (727) 362-4778
> kaelyn@zieglerlawoffice.com
> Counsel for Plaintiff


> */s/  Michael Ziegler*
> Michael A. Ziegler, Esq.
> FBN:  74864
> Law Office of Michael A. Ziegler, P.L.
> 13575 58th Street North, Suite 129
> Clearwater, FL 33760
> (p)  (727) 538-4188
> (f)  (727) 362-4778
> mike@zieglerlawoffice.com
> Counsel for Plaintiff