UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

JOHNNIE NORFLEET,

       Plaintiff,                                Case No. 8:17-cv-203-T-36 TGW

vs.

CREDIT ACCEPTANCE
CORPORATION,

       Defendant.

## STIPULATED ORDER COMPELLING ARBITRATION

By submission of this order for entry, the parties consent to its entry and the Court being fully advised in the premises hereby ORDERS that:

1. Plaintiff Johnnie Norfleet ("Plaintiff") filed her Complaint against Defendant Credit Acceptance Corporation ("Credit Acceptance") on or about January 26, 2017.

2. Credit Acceptance requested that Plaintiff stipulate to binding arbitration on February 16, 2017.

3. Plaintiff and Credit Acceptance have agreed to arbitration, and shall now voluntarily submit their respective claims and then counterclaims to binding non-judicial arbitration;

4. The arbitration shall be conducted through JAMS;

5. Credit Acceptance shall be responsible for all fees and costs associated with the filing of arbitration and payment of the arbitrators' fees; and

6. This action against Credit Acceptance is dismissed without prejudice.

29307405 v1

ORDERED on March 7, 2017

_____
United States District Court Judge

STIPULATED:

/s/Kaelyn Steinkraus
Michael A. Ziegler (FBN 74864)
Kaelyn Steinkraus (FBN 125132)
LAW OFFICE OF MICHAEL A. ZIEGLER, PL
13575 58th Street North, Suite 129
Clearwater, FL 33760
(727) 538-4188
kaelyn@zieglerlawoffice.com

*Counsel for Plaintiff*

s/Jacqueline Simms-Petredis
Jacqueline Simms-Petredis (FBN 0906751)
BURR & FORMAN LLP
201 N. Franklin Street, Suite 100
Tampa, FL 33602
(813) 367-5751
jsimms-petredis@burr.com

*Co-Counsel for Defendant*

/s/Stephen W. King
Stephen W. King (to be admitted *pro hac vice*)
KING AND MURRAY PLLC
355 S. Old Woodward, Suite 100
Birmingham, MI 48009
(248) 792-2398
sking@kingandmurray.com

*Counsel for Defendant*