UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNIE M. NORFLEET,

     Plaintiff,

v.                                     Case No: 8:17-cv-203-T-36TGW

CREDIT ACCEPTANCE
CORPORATION,

     Defendant.

_____/

# O R D E R

Before the Court is the Stipulated Order Compelling Arbitration (Doc. 9).  In accord with the Stipulated Order Compelling Arbitration, it is **ORDERED AND ADJUDGED** as follows:

1)     The Stipulated Order Compelling Arbitration is **APPROVED** (Doc. 9).

2)     As the parties have agreed to arbitrate their respective claims, this cause is dismissed, without prejudice.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on March 8, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record